Karl Adolph FRANTZ, Plaintiff— Appellant,

v.

Bruce CANTER, Dr.; et al., Defendants—Appellees,

and

Bievans, Sgt., Dr. Ranalfo Macabuay; et al., Defendant.

No. 06–15168.

United States Court of Appeals, Ninth Circuit.

Submitted April 5, 2006.*

Filed April 19, 2006.

Karl Adolph Frantz, Buckeye, AZ, pro se.

Before: HAWKINS, McKEOWN and PAEZ, Circuit Judges.

MEMORANDUM **

Upon review of the record and appellant's opening brief, this court summarily affirms the district court's order denying appellant's motion for preliminary injunctive relief. *See United States v. Hooton,* 693 F.2d 857 (9th Cir.1982) (per curiam)

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

(summary affirmance appropriate where result is clear from face of record).

**AFFIRMED.**

[*] This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.